**Order issued October 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-15-00235-CR

---

**JENNIE REBECCA GITAU, Appellant**

## V.

## THE STATE OF TEXAS, Appellee

---

# O R D E R

Before Justices Bridges, Francis, and Myers

Based on the Court's opinion of this date, we **GRANT** the June 1, 2015 motion of Valencia Bush for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Valencia Bush as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Jennie Rebecca Gitau, 3084 N. Jim Miller Road, No. 104, Dallas, Texas, 75201.

/s/ Lana Myers
LANA MYERS
JUSTICE